PROB. 35 (Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.

**Elias Younes**

Docket # 8:06CR355

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
08 OCT -2 PM 3: 50
OFFICE OF THE CLERK

On <u>February 5, 2007</u>, was sentenced to 3 years Probation. <u>Mr. Younes</u> has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Kimi J. Jensen
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this **2nd** day of **October**, 2008.

The Honorable Laurie Smith Camp
United States District Judge